August 14, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

WILLIAM CARL WOOLEY, Appellant

NO. 14-13-00385-CV                    V.

RANDY SCHAFFER, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Randy Schaffer, signed April 3, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant William Carl Wooley to pay all costs incurred in this appeal.

We further order this decision certified below for observance.